IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DILLARD SHERRILL and
PATRECA M. SHERRILL                                              PLAINTIFFS

v.                       No. 4:19-cv-163-DPM

BIOMET ORTHOPEDICS, LLC, *et al.*                                 DEFENDANTS

## JUDGMENT

The case is dismissed without prejudice. The Court retains jurisdiction until 25 October 2019 to enforce the parties' settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 September 2019