IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DILLARD SHERRILL and
PATRECA M. SHERRILL                                        PLAINTIFFS

v.                      No. 4:19-cv-163-DPM

BIOMET ORTHOPEDICS, LLC, *et al.*                          DEFENDANTS

## AMENDED JUDGMENT

The complaint is dismissed with prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

13 February 2020